IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00092-WDM-BNB

ALLSTATE INSURANCE COMPANY,

    Plaintiff,

v.

CYNTHIA FLEISCHER,

    Defendant.

_____

**ORDER**
_____

    This matter is before me on the plaintiff's motion for default judgment. After two hearings at which the defendant was allowed to appear by telephone I was advised that plaintiff sought judgment on the basis of laches and not the statute of limitations, seeking a declaration that defendant is not entitled to primary uninsured motorist coverage, that she breached the cooperation clause of the plaintiff's policy and her claims are barred by the doctrine of laches. For the reasons stated on the record, the plaintiff has failed to submit adequate evidence showing prejudice, an essential element of laches. *Robbins v.*

*People,* 107 P.3d 384, 388 (Colo. 2005). Accordingly, the motion is denied without prejudice.

DATED at Denver, Colorado, on October 6, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge